# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADDISON FRANKLIN ORR,
                    Appellant,
         vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80528

FILED

FEB 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from district court orders denying motions to correct illegal sentence and vacate sentence and denying a motion for custody status. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

This court's review of this appeal reveals jurisdictional defects. First, appellant's appeal from the order denying motions to correct illegal sentence and vacate sentence was untimely filed. The district court entered the order denying the motions on December 19, 2019. However, the notice of appeal was not filed until February 3, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Second, no statute or court rule provides for an appeal from an order denying a motion

for custody status. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory: where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Thomas W. Gregory, District Judge
Addison Franklin Orr
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A